## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CATHRYN COLEMAN,       ) | |
|     Plaintiff,       ) | |
|     v.       ) | Civil Action No. 09-CV-739 |
| COOK COUNTY,       ) | Honorable Judge Geraldine Soat Brown |
|     Defendant.       ) | |

### DEFENDANT'S MOTION FOR DIRECTED VERDICT ON PLAINTIFF'S CLAIMS

Defendant, Cook County, by and through its attorney, ANITA ALVAREZ, State's Attorney of Cook County, and her Assistant State's Attorneys, Gregory Vaci and Julie Ann Sebastian, moves for judgment as a matter of law on Plaintiff Cathryn Coleman's claims pursuant to Rule 50 of the Federal Rules of Civil Procedure. For the reasons stated in its Memorandum and in open Court, Defendant, Cook County, respectfully requests that this Honorable Court grant its motion and such further relief as this Honorable Court deems just and proper.

                Respectfully submitted,

                **ANITA ALVAREZ**
                State's Attorney of Cook County
By: */s/ Gregory Vaci*
                Assistant State's Attorney
                ARDC #6204697
                500 Richard J. Daley Center, Chicago, IL 60602
                (312) 603-3369