# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

| Coleman | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09 C 739 |
| Cook County | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Geraldine Soat Brown presiding, and the jury has rendered a verdict for the defendant and against the plaintiff.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: Nov 18, 2010

Michael W. Dobbins, Clerk of Court

/s/ Nicole Fratto-Butz